AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FitzSimon, Jean K. | United States Bankruptcy Court, Eastern District of PA | 06/27/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial   ☐ Annual   ☑ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 06/27/2020 |

**7. Chambers or Office Address**

Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street
Suite 203
Philadelphia, PA 19107

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FitzSimon, Jean K. | 06/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania (EDPA) Bankruptcy Conference | January 24-25, 2019 | Atlantic City, NJ | EDPA Bankruptcy Conference 30th Annual Forum | Registration, Hotel, Meals |
| 2. | Turnaround Management Association (TMA) | June 5-6, 2019 | Atlantic City, NJ | 2019 TMA Mid-Atlantic Regional Symposium | Registration, Hotel, Meals |
| 3. | American Bar Association (ABA) | August 9-11, 2019 | San Francisco, CA | ABA 2019 Annual Meeting | Registration, Transportation, Hotel, Meals |
| 4. | ABA Business Law Section (BLS) | September 11-13, 201 | Washington, DC | ABA BLS Annual Meeting | Transportation, Hotel, Meals |
| 5. | Philadelphia Bar Association (PBA) | October 11-12, 2019 | Atlantic City, NJ | PBA Bench-Bar Annual Conference | Registration, Hotel, Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **FitzSimon, Jean K.** | 06/27/2020 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | National Conference of Bankruptcy Judges (NCBJ) & ABA @ NCBJ | October 29, 2019 to November 2, 2019 | Washington, DC | NCBJ 2019 Annual Conference & ABA @ NCBJ | Transportation, Hotel, Meals |
| 7. | ABA BLS | January 9-11, 2020 | Laguna Beach, CA | ABA BLS 2020 Midwinter Leadership Meeting | Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **FitzSimon, Jean K.** | 06/27/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| FitzSimon, Jean K. | 06/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FitzSimon, Jean K. | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | METLIFE Life Insurance Policy (Whole Life Policy) | A | Dividend | J | T | | | | | |
| 2. | FITZSIMON, Parker & Lustiger, P.C. | | None | | | Closed | 02/28/19 | J | A | |
| 3. | ESTATE #1 | | | | | | | | | |
| 4. | ---ABBOTT Laboratories Common Stock | | None | J | T | | | | | |
| 5. | METLIFE Policy Holder Trust | A | Dividend | | | Sold | 11/01/19 | J | A | Brighthouse Financial |
| 6. | TRUMARK Account | A | Interest | M | T | | | | | |
| 7. | TRUMARK IRA | B | Interest | M | T | Distributed (part) | 07/01/19 | J | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FitzSimon, Jean K.** | 06/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  INVESTMENTS and TRUSTS

2.  FITZSIMON, PARKER & LUSTIGER, P.L.C. was DISSOLVED on February 28, 2019.  There were NO ASSETS to be distributed.

7. D. This was the required minimum distribution for 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jean K. FitzSimon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544